**Order entered January 7, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01430-CV

## IN RE BOBBY JOE EVENS, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-10082**

## ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's November 20, 2019 petition for writ of mandamus.

/s/    ERIN A. NOWELL
       JUSTICE